COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:    01-14-00248-CR

Style:       Brady Craig Koch, Jr. v. The State of Texas

Date motion filed[*]:  January 5, 2015

Type of motion:   Second Motion for Extension of Time to File Reporter's Record

Party filing motion:  Court reporter

Document to be filed: Reporter's Record


Is appeal accelerated?  No


If motion to extend time:

   Original due date:     May 27, 2014

   Number of extensions granted:  1    Current Due Date:  January 5, 2015

   Date Requested:     February 5, 2015


Ordered that motion is:

  ☑ Granted

     If document is to be filed, document due:  February 5, 2015

     ☑  No further extensions of time will be granted absent extraordinary circumstances.

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☑ Other: _____

  Because the reporter's record was originally due May 27, 2014, we abated this case and, after a hearing, the trial court found appellant to not be indigent and he paid for the reporter's record on December 5, 2014.  Accordingly, the reporter's second motion for an extension of time to file the reporter's record after the appellant paid for the record is granted, but no further extensions will be granted absent extraordinary circumstances.


Judge's signature: /s/ Evelyn V. Keyes
       ☑ Acting individually  ☐ Acting for the Court

Date: January 8, 2015

November 7, 2008 Revision